UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SADE HAGANS, on behalf of herself, and others
similarly situated,

                   Plaintiff,                           18 **CIVIL** 1374 (KBF)

        -against-                           **JUDGMENT**

FIT CLUB, INC. and KELLEN SCANTEBURY,

                  Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 2, 2018, Currently before the Court is the parties' settlement agreement in the amount of $4,500; the Court approves the amount of the settlement; Plaintiff's counsel is to receive $1,835.34 of the judgment amount, and Plaintiff shall receive the remaining $2,664.66; accordingly, this case is closed..

**Dated:**  New York, New York
           May 2, 2018

                                                        RUBY J. KRAJICK
                                                           Clerk of Court
                                 BY:
                                                           Deputy Clerk

                                                   THIS DOCUMENT WAS ENTERED
                                                   ON THE DOCKET ON 5/2/2018